Branthoover *v.* Branthoover, Appellant.

Argued April 11, 1974. *W. F. McCrady, Jr.,* with him *McCrady, Kreimer, Ravick & Bonistalli,* for appellant; *Frederick N. Frank,* with him *Robert Raphael,* and *Raphael, Sheinberg & Barmen,* for appellee.
Order affirmed.

Bush *v.* Pittsburgh (et al., Appellant).

Argued April 12, 1974. *Allen N. Brunwasser,* for appellant; *S. James Goldman,* with him *Wendell G. Freeland,* and *Lichtenstein & Bartiromo,* for appellee.
Order affirmed.

Commonwealth *v.* Adams, Appellant.

Argued April 10, 1974. *Dante G. Bertani,* Public Defender, for appellant; *Louis H. Ceraso,* Assistant District Attorney, with him *Albert M. Nichols,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.